F. E. TAGLIABUE, Respondent, v. KATHERINE H. BROWN, Defendant, and

GEORGE S. MAHANA, Appellant.— Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to the Court of Appeals denied. Present — Lazansky, P. J., Young, Kapper, Hagarty and Carswell, JJ.